FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

4.19.2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.  3:23-cr- 72 – BJD–PDB
18 U.S.C. § 2251(a)

ANDREW LYNN OVERHEUL

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on or about August 10, 2016, and continuing through on or about November 18, 2022, in the Middle District of Florida, and in the state of Illinois, the defendant,

ANDREW LYNN OVERHEUL,

did employ, use, persuade, induce, entice, and coerce a minor, and attempt to employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim A, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, that is, a video with a title ending in swim2.mp4, and the visual depiction was transported and transmitted in and affecting interstate commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

Beginning on or about August 10, 2016, and continuing through on or about November 18, 2022, in the Middle District of Florida, and in the state of Illinois, the defendant,

### ANDREW LYNN OVERHEUL,

did employ, use, persuade, induce, entice, and coerce a minor, and attempt to employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim A, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, that is, a video with a title ending in 203857.mp4, and the visual depiction was transported and transmitted in and affecting interstate commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT THREE

Beginning on or about December 31, 2016, and continuing through on or about November 18, 2022, in the Middle District of Florida, and in the state of Illinois, the defendant,

### ANDREW LYNN OVERHEUL,

did employ, use, persuade, induce, entice, and coerce a minor, and attempt to employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim B, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such

conduct, that is a video with a title ending in 37344, and the visual depiction was transported and transmitted in and affecting interstate commerce.

In violation of 18 U.S.C. § 2251(a) and (e).


### COUNT FOUR

Beginning on or about December 31, 2016, and continuing through on or about November 18, 2022, in the Middle District of Florida, and in the state of Illinois, the defendant,

ANDREW LYNN OVERHEUL,

did employ, use, persuade, induce, entice, and coerce a minor, and attempt to employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim B, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, that is a video with a title ending in 57728, and the visual depiction was transported and transmitted in and affecting interstate commerce.

In violation of 18 U.S.C. § 2251(a) and (e).


### COUNT FIVE

On or about September 17, 2022, in the Middle District of Florida, the defendant,

ANDREW LYNN OVERHEUL,

did employ, use, persuade, induce, entice, and coerce a minor, and attempt to employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim C, to engage

in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT SIX

On or about September 17, 2022, in the Middle District of Florida, the defendant,

ANDREW LYNN OVERHEUL,

did employ, use, persuade, induce, entice, and coerce a minor, and attempt to employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim D, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## FORFEITURE

1.      The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of 18 U.S.C. § 2253.

2.      Upon conviction of a violation of 18 U.S.C. §§ 2251(a), the defendant, ANDREW LYNN OVERHEUL, shall forfeit to the United States of America,

4

pursuant to 18 U.S.C. § 2253:

      a.     Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

      b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

      c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.     If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: Kelly S. Karase
Assistant United States Attorney

By: Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
4/19/23 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## ANDREW LYNN OVERHEUL

## INDICTMENT

Violations:   Cts.   1-6:   18 U.S.C. § 2251(a)

A true bill.

███████████████

Foreperson

Filed in open court this 19ᵗʰ day

of April, 2023.

_____
Clerk

Bail   $_____

GPO 863 525