To the Honorable Brian Davis

My name is Kyle. I am the husband of Andrew's wife's mother. We've been together over 12 years. Since marring her, I've come to a deeper, closer belief, understanding and relationship with our Lord Jesus Christ.

Well not a " perfect" Christian, I do feel an obligation to family. I am resolute to ensure the morals, values, folkways, and mora's of a traditional family heritage is passed on to our 11 "grin-kids" as I call them. My wife is in agreement with me that we will give all we can to strengthen family bonds and leave a legacy of love and compassion, respect, and Christian values to our young ones.

I have been forgiven much, by our Lord, and in this context, I feel a compulsory duty to write this letter. While we all " fall short" in the eyes of the Lord, Andrew has ALWAYS gone above and beyond the call as a father. He has methodically overindulged his childrens' interests with a furer. He is more involved in his childrens' lives than most any father I know. Be it in sports, education, leisure, or private time he is intimately involved on a minutely detailed level.

It is my prayer that he receives the help he obviously needs. I can only console myself with the fact that he never touch those children. Things could have turned out so much worse. I am going to dedicate myself to learning how to help his children thru this and be the best "G-dad" they will ever have.

While I have no say or sway in the incarceration aspects of this case, it is my hope, prayer and desire that a heavy emphasis be placed on the rehabilitation of Andrew that he may, someday be acceptable to society as a whole. Thank you for your time and consideration.

Kyle Kieszling (G-dad)

Jeff Hachmann
5311 Kennedy Dr.
Cheyenne, WY  82001


To:  The Honorable Brian Davis

This letter is in reference to Andrew Overheul's character.  I have known Andy for approximately 20 years and during that time I could always count on Andy for help for anything from fixing a vehicle to repairing the house.  If he said he'd be there he would be there.

Sometimes I helped Andy in the brake shop he owned and operated in Decatur, IL, "Brakes While You Wait," he was always upfront and honest with his customers and would even take a loss on a job if it turned out to be more than expected/promised.  The work done there was always done meticulously and done right.

We, Andy, myself, and another friend deer hunted a few seasons before we went our separate ways.  While hunting all rules and laws were followed.  Even though neighboring hunters we knew were cheating to get a deer and it was very frustrating for us, Andy insisted we do it the "right way."

I don't know what happened or how Andy got in legal trouble but I do know it is not who Andy was or will be in the future.


Thank you for your time and consideration,


       Respectfully,


       Jeff Hachmann

September 9, 2023

Dear Court,

I am Andrew's Aunt, Julia M Patterson, sister of his father.

I thoughtfully write this letter to share with you the person I knew Andy to be.

After the loss of my mother and the loss of my father (his paternal grandparents) he was tender and comforting in response to my grief. After the loss of my brother (his own father) he was the same. We drove to Chicago together and he was so kind. He was moved with emotion by his death.

We kept in touch over the years just occasionally but whenever we were in touch he was always kind, humorous, helpful, gave me his time, shared his faith and encouragement.

When we moved to Florida in 2021 Andy flew to IL and drove a UHaul truck to our new residence to be helpful to us.

I have always been fond of my nephew, Andy. He always reminded me of his Dad and the brother I loved and missed. He always ended our talks or visits with "Love you".

What this man is accused and convicted of took me so by surprise that I just knew it had to be wrong.

I send this letter as a statement that this is not the young man that I remember. I knew a man who was raising his family with a wife that he loves, a man who was a good dad, a serviceman to his country that he loves, a man who helped at church, worked long and hard as a business man , and a man who was a friend to many.

These crimes are not the character of the man that I saw but realize that it is the sinful nature and addiction that he allowed to come into his life. This has caused hurt and damage to the lives of his family and of his victims.  I am deeply sorry for those people. They should never have had to endure such crimes and pain.

I pray God's mercy on him from this sentencing forward and I will forever love my nephew, the man I knew and the man I pray that he will find his way to be once again.

Sincerely,

Julia Patterson

**Nicholas Miller**
3117 S. 14th Street
Springfield, IL 62703
(217) 622-6006
1stacerepair@gmail.com

8th June 2023

To Whom It May Concern,

My name is Nick Miller. I'm writing this letter on behalf of Andrew Overheul, a very dear friend of mine.  We met at our place of work back in December of 2017.  We began as co-workers and shortly after, developed a brotherly friendship ever since.

This letter is being composed to highlight Andrew's outstanding character and how much he has impacted everyone's life around him.  I understand that charges have been brought against him but feel that these charges may be unfounded.  If you'd be gracious enough to give me a few minutes of your time, I'd like to explain Andrew as a person and how much he means to the people around him.  First and foremost, Andrew is one of the most outgoing and caring people I've ever met.  He would literally give the shirt off his back to help anyone.  He's the first to bring solutions to the table if there's ever a problem and will also give time he doesn't necessarily have to help those in need.  Around the holidays, he and his family will find another family in need,  cook them a very nice meal and leave it on their doorstep.  I'm not talking about a few TV dinners either.  He will literally spend several hundred dollars on a real turkey or ham, potatoes, stuffing, along with other entrees, and even get them a pie or something similar for dessert.   After the meal is prepared, he and the family will box it up and drop it off at the family in need's house.  He's even given friend's a place to stay when they need and has never turned anyone that ever need help down for any reason.  There are too many examples for me to count that would paint the picture of why this man is my best friend.

In conclusion, I would like to thank whoever has taken the time to read this letter.  Please feel free to contact me if you'd like to confirm these facts.

Sincerely,

*Nicholas J. Miller*

Nicholas J. Miller

September 7, 2023

Honorable Brian Davis

Your Honor,

The purpose of this letter is to provide a character reference for Andrew (Andy) Overheul.

Andy and his family moved next door.  Like most people, I was concerned who the "new" family would be and how they would fit into our neighborhood.  I was very happy to see Andy, his wife and children be the "new" neighbors.

I had several neighborly interactions with Andy.  He is a person who would jump in and help where he could.  He had empathy and dropped everything to help me bury my cat.  Without me asking, he was kind enough to a marker for my cat's grave.  As a father, he has taught his children to have this same empathy and willingness to help family/friends out, as well.

During our conversations, you could tell how involved and supportive he has been with his children.  His family, is a family that is very close knit and they each play a integral part in keeping the cohesion tight, an admirable trait I do not always see in families.

Even with his past injuries, which now causes him daily pains, he worked hard to be a part of his family.

Andy as an individual, I wanted to share my interactions and perceptions that I got from him as a considerate neighbor/person.

Regards,

*Tanya Blakemore*